| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HAX | 900013 | 010040 | EDISO | 0000240204 | 1 |

1187-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

# Earnings Statement 

Period Beginning:   05/26/2019
Period Ending:      06/08/2019
Pay Date:           06/14/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   2
   NJ:        2,Table A

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 72.00 | 3,000.00 | 6,000.00 |
| Holiday | | 8.00 | | |
| Gross Pay | | | $3,000.00 | 6,000.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 72.00 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.86 | 503.72 |
| | Social Security Tax | -186.00 | 372.00 |
| | Medicare Tax | -43.50 | 87.00 |
| | NJ State Income Tax | -115.39 | 230.78 |
| | NY State Income Tax | -37.42 | 74.84 |
| | NJ SUI/SDI Tax | -20.25 | 40.50 |
| Net Pay | | $2,345.58 | |
| | Checking | -2,345.58 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number:   00000240204
Pay date:        06/14/2019

Deposited to the account of
ANN MARIE LANE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5732 | xxxx xxxx | $2,345.58 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

## Earnings Statement 

```
CO.   FILE    DEPT.   CLOCK   VCHR. NO.
HAX   900013  010040  EDISO   0000260194   1
                                  1012-0001
```

HOMEBRIDGE  FINANCIAL  SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Period Beginning: 06/09/2019
Period Ending: 06/22/2019
Pay Date: 06/28/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  2
  NJ:       2, Table A

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 72.00 | 3,000.00 | 9,000.00 |
| Pto |  | 8.00 |  |  |
| **Gross Pay** |  |  | **$3,000.00** | 9,000.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 72.00 |  |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.86 | 755.58 |
| | Social Security Tax | -186.00 | 558.00 |
| | Medicare Tax | -43.50 | 130.50 |
| | NJ State Income Tax | -115.39 | 346.17 |
| | NY State Income Tax | -37.42 | 112.26 |
| | NJ SUI/SDI Tax | -20.25 | 60.75 |

| **Net Pay** | | **$2,345.58** |
|---|---|---|
| Checking | | -2,345.58 |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are
$3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number: 00000260194
Pay date: 06/28/2019

Deposited to the account of
ANN MARIE LANE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5732 | xxxx xxxx | $2,345.58 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HAX | 900013 | 010040 | EDISO | 0000280211 | 1 |

1095-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 NJ: 2, Table A

# Earnings Statement 

Period Beginning: 06/23/2019
Period Ending: 07/06/2019
Pay Date: 07/12/2019

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 64.00 | 3,000.00 | 12,000.00 |
| Holiday | | 8.00 | | |
| Pto | | 8.00 | | |
| **Gross Pay** | | | **$3,000.00** | 12,000.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 64.00 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.86 | 1,007.44 |
| | Social Security Tax | -186.00 | 744.00 |
| | Medicare Tax | -43.50 | 174.00 |
| | NJ State Income Tax | -115.39 | 461.56 |
| | NY State Income Tax | -37.42 | 149.68 |
| | NJ SUI/SDI Tax | -20.25 | 81.00 |
| **Net Pay** | | **$2,345.58** | |
| | Checking | -845.58 | |
| | Savings | -1,500.00 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number: 00000280211
Pay date: 07/12/2019

Deposited to the account of
ANN MARIE LANE

**THIS IS NOT A CHECK**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx5732 | xxxx xxxx | $845.58 |
| xxxxxxx5745 | xxxx xxxx | $1,500.00 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HAX | 900013 | 010040 | EDISO | 0000300191 | 1 |

978-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

**Earnings Statement**

ADP

Period Beginning: 07/07/2019
Period Ending: 07/20/2019
Pay Date: 07/26/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 NJ: 2, Table A

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 80.00 | 3,000.00 | 15,000.00 |
| Gross Pay | | | $3,000.00 | 15,000.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 80.00 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

| **Deductions** | Statutory | |
|---|---|---|
| | Federal Income Tax | -251.86 | 1,259.30 |
| | Social Security Tax | -186.00 | 930.00 |
| | Medicare Tax | -43.50 | 217.50 |
| | NJ State Income Tax | -115.39 | 576.95 |
| | NY State Income Tax | -37.42 | 187.10 |
| | NJ SUI/SDI Tax | -20.25 | 101.25 |

| Net Pay | $2,345.58 |
|---|---|
| Checking | -545.58 |
| Savings | -1,800.00 |
| Net Check | $0.00 |

Your federal taxable wages this period are
$3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number: 00000300191
Pay date: 07/26/2019

Deposited to the account of
ANN MARIE LANE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5732 | xxxx xxxx | $545.58 |
| xxxxxxxx5745 | xxxx xxxx | $1,800.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. HAX | FILE 900013 | DEPT. 010040 | CLOCK EDISO | VCHR. NO. 0000320214 | 1 |

952-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

# Earnings Statement

**ADP**

Period Beginning: 07/21/2019
Period Ending: 08/03/2019
Pay Date: 08/09/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NJ: 2, Table A

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 80.00 | 3,000.00 | 18,000.00 |
| **Gross Pay** | | | **$3,000.00** | 18,000.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 80.00 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.86 | 1,511.16 |
| | Social Security Tax | -186.00 | 1,116.00 |
| | Medicare Tax | -43.50 | 261.00 |
| | NJ State Income Tax | -115.39 | 692.34 |
| | NY State Income Tax | -37.42 | 224.52 |
| | NJ SUI/SDI Tax | -20.25 | 121.50 |

| **Net Pay** | **$2,345.58** |
|---|---|
| Checking | -1,045.58 |
| Savings | -1,300.00 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are
$3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number: 00000320214
Pay date: 08/09/2019

Deposited to the account of
ANN MARIE LANE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5732 | XXXX XXXX | $1,045.58 |
| xxxxxxxx5745 | XXXX XXXX | $1,300.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HAX | 900013 | 010040 | EDISO | 0000340197 | 1 |

1001-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  2
  NJ:  2, Table A

# Earnings Statement 

Period Beginning:  08/04/2019
Period Ending:  08/17/2019
Pay Date:  08/23/2019

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 72.00 | 3,000.00 | 21,000.00 |
| Pto | | 8.00 | | |
| **Gross Pay** | | | **$3,000.00** | 21,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.86 | 1,763.02 |
| | Social Security Tax | -186.00 | 1,302.00 |
| | Medicare Tax | -43.50 | 304.50 |
| | NJ State Income Tax | -115.39 | 807.73 |
| | NY State Income Tax | -37.42 | 261.94 |
| | NJ SUI/SDI Tax | -20.25 | 141.75 |

| **Net Pay** | | **$2,345.58** | |
|---|---|---|---|
| Checking | | -1,045.58 | |
| Savings | | -1,300.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 72.00 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

Your federal taxable wages this period are
$3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number:  00000340197
Pay date:  08/23/2019

Deposited to the account of
ANN MARIE LANE

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxx5732 | xxxx | xxxx | $1,045.58 |
| xxxxxxxx5745 | xxxx | xxxx | $1,300.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HAX | 900013 | 010040 | EDISO | 0000360192 | 1 |

923-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

# Earnings Statement 

Period Beginning: 08/18/2019
Period Ending:   08/31/2019
Pay Date:        09/06/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   2
  NJ:        2, Table A

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 40.00 | 3,000.00 | 24,000.00 |
| Pto | | 40.00 | | |
| **Gross Pay** | | | **$3,000.00** | 24,000.00 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -251.86 | 2,014.88 |
| Social Security Tax | -186.00 | 1,488.00 |
| Medicare Tax | -43.50 | 348.00 |
| NJ State Income Tax | -115.39 | 923.12 |
| NY State Income Tax | -37.42 | 299.36 |
| NJ SUI/SDI Tax | -20.25 | 162.00 |
| **Net Pay** | **$2,345.58** | |
| Checking | -1,045.58 | |
| Savings | -1,300.00 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $3,000.00

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Total Work Hrs | 40.00 | |

### Important Notes

YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

© 2000 ADP, LLC

---

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number:  00000360192
Pay date:       09/06/2019

Deposited to the account of
ANN MARIE LANE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5732 | xxxx xxxx | $1,045.58 |
| xxxxxxxx5745 | xxxx xxxx | $1,300.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HAX | 900013 | 010040 | EDISO | 0000380213 | 1 |

1122-0001

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

# Earnings Statement

**ADP**

Period Beginning: 09/01/2019
Period Ending: 09/14/2019
Pay Date: 09/20/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NJ: 2, Table A

ANN MARIE LANE
27 BEACON PLACE
STATEN ISLAND NY 10306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 72.00 | 3,000.00 | 27,000.00 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$3,000.00** | 27,000.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 72.00 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 732 738-7100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.86 | 2,266.74 |
| | Social Security Tax | -186.00 | 1,674.00 |
| | Medicare Tax | -43.50 | 391.50 |
| | NJ State Income Tax | -115.39 | 1,038.51 |
| | NY State Income Tax | -37.42 | 336.78 |
| | NJ SUI/SDI Tax | -20.25 | 182.25 |
| **Net Pay** | | **$2,346.58** | |
| | Checking | -1,045.58 | |
| | Savings | -1,300.00 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $3,000.00

© 2000 ADP, LLC

HOMEBRIDGE FINANCIAL SERVICES, INC
194 WOOD AVENUE SOUTH,
9TH FLOOR
ISELIN NJ 08830

Advice number: 00000380213
Pay date: 09/20/2019

**THIS IS NOT A CHECK**

Deposited to the account of
ANN MARIE LANE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5732 | xxxx xxxx | $1,045.58 |
| xxxxxxxx5745 | xxxx xxxx | $1,300.00 |

# NON-NEGOTIABLE